# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER: Circuit Rule 33 - Briefing

July 16, 2026

*By the Court*:

| | |
|---|---|
| No. 26-2439 | RACHAEL ROSE,<br>　　　　　　Plaintiff - Appellant<br><br>v.<br><br>ABBOTT LABORATORIES, INC. and COLLEEN LEWIS,<br>　　　　　　Defendants - Appellees |
| **Originating Case Information:** | |
| District Court No: 1:25-cv-01604<br>Northern District of Illinois, Eastern Division<br>District Judge Manish S. Shah | |

Pursuant to Circuit Rule 33, briefing in this appeal shall proceed as follows:

1. The Appellant's brief and required short appendix will be due by September 4, 2026.
2. The Appellees' brief will be due by October 5, 2026.
3. The Appellant's reply brief, if any, will be due by October 26, 2026.

Important Scheduling Notice!
Hearing notices are mailed shortly before the date of oral argument. Please note that counsel's unavailability for oral argument must be submitted by letter, filed electronically with the Clerk's Office, no later than seven days after the filing of the appellee's brief. See Cir. R. 34(b)(3), (4). The court's calendar is located at http://www.ca7.uscourts.gov/cal/argcalendar.pdf. Once scheduled, oral argument is rescheduled only in extraordinary circumstances. See Cir. R. 34(b)(4), (e).

form name: **c7_Order_CR33_Briefing**　　(form ID: **193**)